El Pueblo de Puerto Rico, Demandante y Apelado, *v.* López, Acusado y Apelante.

## Corte de Distrito de Humacao.

No. 2265.—*Visto:* Noviembre 11, 1924. *Resuelto:* Diciembre 18, 1924.

Clemente López fué acusado como autor de un delito de falsa representación e impostura, juzgado y declarado culpable por un jurado y finalmente condenado a sufrir dos años de presidio con trabajos forzados. Una petición de nuevo juicio que presentara después del veredicto y antes de la sentencia, fué declarada sin lugar.

No conforme, interpuso este recurso archivando un alegato firmado por él mismo en el que señala como errores el no haberse suspendido el juicio por ausencia de su abogado

defensor, el no habérsele dado oportunidad de presentar sus testigos, el existir disparidad entre la acusación y la evidencia y el haberse permitido enmendar indebidamente su acusación al Fiscal. Puede decirse que señala como errores los motivos en que basó su solicitud de nuevo juicio.

La transcripción elevada con motivo de la apelación no contiene ningún pliego de excepciones ni relación de pruebas. Los hechos a que se refieren los errores sólo constan del escrito solicitando el nuevo juicio y de la resolución de la corte negando la solicitud.

No había base, pues, para resolver las cuestiones planteadas.

*Confirmada la sentencia apelada.*

EL JUEZ PRESIDENTE SR. DEL TORO, emitió la opinión del tribunal.